IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZULCH LABORATORIES, INC.,

    Plaintiff,

v.

ELECTRONIC THEATRE CONTROLS, INC.,

    Defendant.

No. C 13-5853 SI

**ORDER GRANTING PLAINTIFF LEAVE TO AMEND INFRINGEMENT CONTENTIONS**

    The parties have submitted a Joint Statement Re: Discovery Dispute stating that they seek the Court's approval for defendant to serve amended infringement contentions. The Court GRANTS such leave. In the future for such matters, the parties may file a stipulation and proposed order.

    **IT IS SO ORDERED.**

Dated: July 21, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE