| | |
|---|---|
| 1 | Richard P. Doyle, Jr. (SBN 112459) |
|   | rdoyle@doylelow.com |
| 2 | Jaime B. Herren (SBN 271680) |
|   | jherren@doylelow.com |
| 3 | DOYLE LOW LLP |
|   | 140 Brookwood Road, Suite 102 |
| 4 | Orinda, CA  94563 |
|   | 925.295.1805 telephone |
| 5 | 925.253.1071 fax |
| 6 | *Attorneys for Plaintiff* |
|   | ZULCH LABORATORIES, INC. |
| 7 | |
|   | J. Donald Best (SBN 146984) |
| 8 | jdbest@michaelbest.com |
|   | MICHAEL BEST FRIEDRICH LLP |
| 9 | One South Pinckney Street, Suite 700 |
|   | Post Office Box 1806 |
| 10 | Madison, WI  53701-1806 |
|   | 608.257.3501 telephone |
| 11 | 608.283.2275 fax |
| 12 | *Attorneys for Defendant* |
|   | ELECTRONIC THEATRE CONTROLS, INC. |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZULCH LABORATORIES, INC., a California corporation, | | Case No. 3:13-cv-05853-SI (DMR) |
| Plaintiff, | | [~~PROPOSED~~] STIPULATED ORDER REGARDING SETTLEMENT CONFERENCE  (AS MODIFIED) |
| v. | | |
| ELECTRONIC THEATRE CONTROLS, INC., d/b/a ETC, a Wisconsin corporation | | |
| Defendant. | | |

On December 15, 2014, the Court issued a Pretrial Preparation Order (Docket No. 49) wherein it stated that "[t]his case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur during the first week of March 2015."  On December 17, 2014, Magistrate Judge Donna M. Ryu scheduled the Settlement Conference for March 2, 2015 (Docket No. 50).  In light of the agreement between Plaintiff and Defendant regarding the

1 scheduling of the settlement conference, the availability of Plaintiff, Defendant, and the Court to
2 hold the settlement conference, and for good cause shown, the Court hereby continues the
3 settlement conference scheduled for March 2, 2015 to April 13, 2015. at 11:00 a.m.

**SO STIPULATED.**

| DOYLE LOW LLP | MICHAEL BEST & FRIEDRICH LLP |
|---|---|
| By /s/ Richard P. Doyle, Jr.<br>    Richard P. Doyle, Jr.<br>    140 Brookwood Road, Ste. 102<br>    Orinda, CA  94563<br>    Attorneys for Plaintiff<br>    ZULCH LABORATORIES, INC. | By /s/ J. Donald Best<br>    J. Donald Best<br>    One South Pinckney Street, Ste. 700<br>    P.O. Box 1806<br>    Madison, WI  53701-1806<br>    Attorneys for Defendant<br>    ELECTRONIC THEATRE CONTROLS, INC. |
| Dated: January 8, 2015 | Dated: January 8, 2015 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated December 17, 2014.  See Docket No. 50.

Dated:  January 13    , 2015

_____
DONNA M. RYU
Magistrate Judge