Richard P. Doyle, Jr. (SBN 112459)
rdoyle@doylelow.com
Jaime B. Herren (SBN 271680)
jherren@doylelow.com
DOYLE LOW LLP
3640 Mt. Diablo Blvd., Suite 202
Lafayette, CA  94549
925.295.1805 telephone
925.298.5944 fax

*Attorneys for Plaintiff*
ZULCH LABORATORIES, INC.

J. Donald Best (SBN 146984)
jdbest@michaelbest.com
MICHAEL BEST FRIEDRICH LLP
One South Pinckney Street, Suite 700
Post Office Box 1806
Madison, WI  53701-1806
608.257.3501 telephone
608.283.2275 fax

*Attorneys for Defendant*
ELECTRONIC THEATRE CONTROLS, INC.

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZULCH LABORATORIES, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ELECTRONIC THEATRE CONTROLS, INC., d/b/a ETC, a Wisconsin corporation<br><br>  Defendant. | Case No. 3:13-cv-05853-SI (DMR)<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Zulch Laboratories, Inc. and Defendant Electronic Theatre Controls, Inc., d/b/a ETC, hereby stipulate to the dismissal with prejudice of all pending claims and without prejudice of all pending counterclaims in the above-captioned action, waiving all rights of appeal, and with each party bearing its own fees and costs.

1  This dismissal is pursuant to a confidential settlement agreement entered into by the parties,
2  which further defines the ability of the parties to assert related actions in the future.
3
4  DOYLE LOW LLP                                    MICHAEL BEST & FRIEDRICH LLP
5
6  By /s/ Richard P. Doyle, Jr.                     By /s/ J. Donald Best
       Richard P. Doyle, Jr.                            J. Donald Best
7      3640 Mt. Diablo Blvd., Suite 202                 One South Pinckney Street, Ste. 700
       Lafayette, CA  94549                             P.O. Box 1806
8      Attorneys for Plaintiff                          Madison, WI  53701-1806
       ZULCH LABORATORIES, INC.                         Attorneys for Defendant
9                                                       ELECTRONIC THEATRE
                                                        CONTROLS, INC.
10
11
    Dated: April 23, 2015                           Dated: April 23, 2015
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

>Richard P. Doyle, Jr. (SBN 112459)
>rdoyle@doylelow.com
>Jaime B. Herren (SBN 271680)
>jherren@doylelow.com
>DOYLE LOW LLP
>3640 Mt. Diablo Blvd., Suite 202
>Lafayette, CA  94549
>925.295.1805 telephone
>925.298.5944 fax
>
>*Attorneys for Plaintiff*
>ZULCH LABORATORIES, INC.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ J. Donald Best